United States District Court
Eastern District of Kentucky
Southern Division
London

**Eastern District of Kentucky FILED MAY 22 2017 AT LONDON ROBERT R. CARR CLERK U.S. DISTRICT COURT**

Shane Purvis,
Petitioner

v.

Don Bottom, Warden,
Respondent

No. 6:16-cv-278-DLB-HAI

Motion for Thirty (30) Day Continuance
to File Response to Warden's Reply.

On December 5, 2016 state prisoner filed a Petition for Writ of Habeas Corpus under U.S.C. § 2254. On April 24, 2017, the Warden filed a Response. This Honorable Court ORDERED that any Reply by the Petitioner shall be filed on or before Monday May 29, 2017.

Shane Purvis had to get help from inmate, Ardeth Finley # 115742 _Ardeth C Finley_ to File his Petition for Writ of Habeas Corpus on December 5, 2016. Once again, Petitioner Shane Purvis needs the assistance of inmate Ardeth Finley #115742 to reply to the Warden's Response.

Right Now, at this very moment, inmate Ardeth Finley #115742 has his

1 OF 3

plate full with his own Federal Case in District Court - Covington, Kentucky. Titled: Ardeth C. Finley v. Don Bottom Et Al Case No. 2:17-cv-00054-WOB.

For this Reason, the Petitioner Shane Purvis Needs an Extension of thirty-days (30) until June 28, 2017 to file his Reply to the Wardens Response.

Wherefore, Petitioner prays this Court to grant him a thirty (30) day continuance until June 28, 2017 to file his Reply to the Warden's Response.

Respectfully Submitted,

_S R P_

Shane Purvis  # 247860
Northpoint Training Center
Hwy 33 - P.O. Box 479
Burgin, Kentucky  40310

Sworn to before me by inmate Shane Purvis this the 17 day of May 2017.

Christian Joelke 572236                           January 25, 2021
Notary Public - Kentucky                          My Commission Expires
State at
Large

## Notice

The foregoing Motion for Extension of 30 days to file Reply has been mailed, U.S. First-Class mail, Postage Prepaid, To: Jackie Brock, Clerk of United States District Court, US Courthouse, 310 S. Main Street — Room 215, London, Kentucky 40741-1907 this the 17 day of May 2017.

Shane Purvis #247860
Northpoint Training Center
Hwy 33 - P.O. Box 479
Burgin, Kentucky 40310

## Certification

I hereby certify that an exact copy of the above mentioned has been mailed, U.S. First Class mail, Postage Prepaid, To: Bryan D. Morrow, Assistant Attorney General, 1024 Capital Center Drive, Frankfort, Kentucky 40601 this the 17 day of May 2017.

Shane Purvis #247860
Northpoint Training Center
Hwy 33 - P.O. Box 479
Burgin, Kentucky 40310