UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

CIVIL ACTION NO. 16-278-DLB-HAI

SHANE PURVIS                                                                 PETITIONER

vs.          **ORDER ADOPTING RECOMMENDED DISPOSITION**

DON BOTTOM, Warden                                            RESPONDENT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court on the Recommended Disposition of Magistrate Judge Hanly A. Ingram (Doc. # 19), wherein he recommends that Shane Purvis' *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. # 1) be dismissed as meritless. No objections to the Recommended Disposition having been filed and the time to do so having expired, the Recommended Disposition is ripe for the Court's review.

Having reviewed the Magistrate Judge's Recommended Disposition, the Court concludes that it is sound in all respects, and agrees that Mr. Purvis' Writ should be denied. Accordingly,

**IT IS ORDERED AND ADJUDGED** as follows:

(1) Magistrate Judge's Ingram's Recommended Disposition (Doc. # 19) be, and is hereby, **ADOPTED** as the Findings of Fact and Conclusions of Law of the Court;

(2) Petitioner's petition for Writ of Habeas Corpus (Doc. # 1) be, and is hereby, **DENIED**;

1

(3) For reasons set forth in the Magistrate Judge's Recommended Disposition (Doc. # 19), the Court determines there would be no arguable merit for an appeal in this matter and, therefore, **NO CERTIFICATE OF APPEALABILITY**; and

(4) This matter be, and is hereby **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket.

This 13th day of September, 2017.

Signed By:
**David L. Bunning**
United States District Judge

K:\DATA\ORDERS\London\2016\17-278 Order Adopting R&R on 2254.docx